# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JIMMIE LOU HENDRIXSON,

    Petitioner,

v.                               CASE NO. 4:10cv382-RH/WCS

JOHN ASHCROFT,

    Respondent.

_____/

## ORDER DISMISSING PETITION

By petition for a writ of habeas corpus under 28 U.S.C. § 2241, Jimmie Lou Hendrixson challenges the life sentence imposed on him by the United States District Court for the Northern District of Georgia. Mr. Hendrixson asserts the sentence was based on prior state felony drug convictions that involved drug amounts that are too low to support the life sentence.

In support of this assertion, Mr. Hendrixson relies on more recent Supreme Court decisions defining the term "crime of violence" as used in various statutes and in the career-offender guidelines. *See*, *e.g.*, *Begay v. United States*, 553 U.S. 137 (2008). *Begay* and similar cases do not, however, change the definition of a "felony drug offense" as used in the statute imposing minimum mandatory

sentences in drug cases, *see* 21 U.S.C. § 841, or the definition of a "controlled substance offense" as used in the career-offender guideline.  *See* U.S. Sentencing Guidelines Manual § 4B1.2(b) (2010).  While the petition does not set out the precise basis on which a life sentence was imposed on Mr. Hendrixson, there is no reason to believe *Begay* and similar cases would have made any difference.

None of this affects the outcome of this case.  As the report and recommendation correctly concludes, the law of the circuit now holds that this is not an issue that can properly be raised in a § 2241 petition.  *See Gilbert v. United States*, 640 F.3d 1293 (11th Cir. 2011) (en banc).  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "The petition is dismissed."  The clerk must close the file.

SO ORDERED on September 6, 2011.

<u>Robert L. Hinkle                    </u>
United States District Judge

*Case No: 4:10cv382-RH/WCS*